**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:                                      Confirmed Chapter 11 Case

NEW RIVER DRY DOCK, INC.,                   Bankruptcy No. 06-13274-BKC-JKO
Debtor,

_____/

## MARINA MILE SHIPYARD'S ANALYSIS IN SUPPORT OF MOTION TO ENFORCE COURT ORDERS

Marina Mile Shipyard, Inc., pursuant to the Court's instructions as the conclusion of the hearing in this matter on August 15, 2011, on Marina Mile's Motion to Compel Compliance with Court Orders for Payment [DE 618], submits this analysis re the ability of Marine Realty, Inc. and Christopher "Kit" Denison to make payments under the subject orders of this Court:

I.      Sources of Income.

Denison has not yet filed a federal income tax return for 2010.  The tax returns he has produced in discovery for 2008 and 2009 are not signed (See Hearing Exhibits 14, 15, and 16). However, in his Statement of Financial Affairs (Hearing Exhibit 17, SOFA, Question 1), he discloses an "estimated" $100,000.00 in income from fees and commissions from Marine Realty for the years 2009 and 2010, and an estimated $24,000.00 for the first six months of 2011. However, this is somewhat artificial, as Marine Realty, Inc. is a closely held corporation from which he draws money as it is available.  In 2007, he drew $50,000.00 in management fees, and his wife Ann Denison reported $250,754.00 in profit from Marine Realty's operations (See Hearing Exhibits 1, 2).  As both Marine Realty, Inc. and Mr. Denison are obligated to pay money under Court orders, the allocation of income between management fees to Christopher Denison

and profits to Ann Denison has no real bearing on what the MRI and Denison are actually able to pay.

In addition, Denison disclosed $4,800.00 in Social Security income for 2009, $20,400.00 for 2010, and $10,200.00 for the first half of 2011 (Hearing Exhibit 17, SOFA, Question 2).

Marine Realty, Inc. also states it has not filed its tax return for 2010, but estimates income of $400,000.00 for that year (Hearing Exhibit 18, SOFA, Q. 1).    In    addition    to unpredictable commission income (for example, Denison admitted Marine Realty received a commission of $8,666.67 on April 25, 2011), Denison acknowledged under oath contracts with TRG, under which Marine Realty receives free office rent plus $500 cash per month as a management fee, monthly fees from SKID, LLC or Marine Mile Yachting Center of approximately $1,500.00 per month, and quarterly payments from TRG on lease commissions in the range of $3000.00 to $4,000.00 every three months.  In addition, Denison claims Marine Realty receives "loans" from Denison Yacht Sales of approximately $1,000.00 per month, a company Denison says he transferred to his son for no monetary consideration in 2006 (Hearing Exhibit 21a, Interrogatory No. 1).  Even assuming the validity of every deduction claimed against income in its 2007 Tax Return (Hearing Exhibit 2), Marine Realty's net profit was approximately 65% of its gross.

Accordingly, Marine Realty should be able to pay up to 45% of its "estimated" gross for 2010 ($180,000.00/yr.) or $15,000.00 per month.

II.    <u>Allowances for Individual Expenses</u>.

11 U.S.C. §707(b)(ii)(l) incorporates National and Local Standards issued by the Internal Revenue Service.  The applicable standards are as follows:[1]

a)    Allowable Living Expense National Standards for Food, Housekeeping Supplies, etc.  (See Exhibit "A" hereto):

For one person:        $534.00            For two persons:        $985.00

b)    Allowable Living Expense Health Care Standards (Exhibit "B" hereto):

Under 65:            60.00        65 and older:            144.00

c)    Local Housing and Utilities Standards for Broward County, FL (Exhibit "C" hereto):

|  | <u>1 person</u> | <u>2 persons</u> |
|---|---|---|
| Non-mtg/rent | 434.00 | 509.00 |
| Mtg/rent | 1,072.00 | 1,259.00 |

d)    Local Transportation Operating Expenses for Miami-Dade, Broward (Exhibit "D" hereto):[2]

|  | <u>1 car</u> | <u>2 cars</u> |
|---|---|---|
|  | 346.00 | 692.00 |

e)    Total amounts allowable for living expenses:

For one person:    **<u>$2,446.00</u>**                    **<u>3,589.00</u>**

III.    <u>Denison's Ability to Pay</u>.

Even assuming away the fact that Denison is capable of taking out more in fees from Marine Realty than he chooses to, and that he claims he supports his wife even though she receives all the profits from Marine Realty, Inc., he admits to $24,000.00 in management fees for

---

[1] Tables reproduced from http://www.justice.gov/ust/eo/bapcpa/20110315.

[2] Miller contends that these amounts should not be allowable, as Marine Realty charges automobile expenses as deductions on its 1120S (Hearing Exhibit 2, at Statement 1).

3

the first half of 2011, and Social Security Income of $10,200.00. This works out to $68,400.00 annually, or $5,700 per month. Even using the higher number for two persons and two cars in Section II above, this works out to $2,111.00 per month available under I.R.S. guidelines for Denison to pay toward the Court Orders.

IV.    <u>Conclusion.</u>

Denison and Marine Realty should be ordered to pay the amounts indicated above under pain of civil contempt. They should also be required to report actual income and anticipated commission on a monthly basis until their obligations are fully satisfied.

<b><u>CERTIFICATE OF SERVICE</u></b>

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by telecopy and U.S. Mail on: **Kevin C. Gleason, Esq.,** Counsel for Christopher "Kit" Denison, individually and as President of Marine Realty, Inc. and Marine Realty, Inc., 4121 N. 31st Avenue, Hollywood, Florida 33021-2011, and to all other parties and attorneys of record in this case registered with CM-ECF, this 2nd day of September, 2011.

> JENNINGS & VALANCY, P.A.
> Co-counsel for MMS
> 306 S.E. Detroit Avenue
> Stuart, Florida 34994
> Tel. (772) 286-2798
> Facs. (772) 286-2799
> HBrj@aol.com
>
> By:__*Robert L. Jennings*_____
>        Robert L. Jennings
>        Fla. Bar No. 348074